JOSEPH LEWIS, Appellant, v. FIORELLO H. LAGUARDIA, as Mayor of the City of New York, et al., Respondents.

Argued March 6, 1940; decided April 9, 1940.

*Joseph Wheless* for appellant.

*William C. Chanler, Corporation Counsel (Samuel J. Silverman* and *George G. Gallantz* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.